**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cheryl M. Stier,

Plaintiff,

v.

Civ. No. 00-1489(RHK/JMM)
**ORDER**

Media One,

Defendant.

---

By letter dated July 10, 2000, Plaintiff Cheryl Stier seeks a one-month extension for filing her Objections to the June 26, 2000 Report and Recommendation of Magistrate Judge John M. Mason. The Plaintiff's Motion is **GRANTED**. The Plaintiff shall file her Objections by August 10, 2000.

July 20, 2000

RICHARD H. KYLE
United States District Judge

FILED JUL 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK